

UNITED STATES OF AMERICA

IN THE US DISTRICT COURT                                              BOSTON, MA

| | |
|---|---|
| Edward S. McLarnon )  | |
|     Plaintiff ) | |
| v. ) | |
| Deutsche Bank National Trust Company ) | |
| as Trustee for HarborView Mortgage Loan ) | Civil Action   #1:13-CV-12815-FDS |
| Trust Mortgage Loan Pass-Through ) | |
| Certificates, Series 2007-5, et al ) | |
|     Defendants ) | |

## MOTION TO MAKE A PRESENTMENT TO THE GRAND JURY

Now comes plaintiff in the above-captioned matter, Edward S. McLarnon, who requires access to make a presentment to a Grand Jury as Judge Saylor used fraud and willful omissions in his Order of February 25, 2014, to unlawfully dismiss plaintiff's 1983 Civil Rights lawsuit to protect the felonies of defendant Deutsche Bank and their co-conspirators who used a fraudulent mortgage assignment and notice of foreclosure to unlawfully foreclose on plaintiff's home. The failure of Judge Saylor to provide relief to plaintiff and his failure to report the felonies of the case defendants to the proper authorities forces plaintiff into an untenable situation where he needs to make a presentment to the federal Grand Jury to protect himself and his property pursuant to *Stirone v. United States*, 361 U.S. 212, 218 (1960); *Hale v. Henkel*, 201 U.S. 43, 61 (1906); G. Edwards, The Grand Jury 28-32 (1906).

Plaintiff submitted overwhelming evidence that defendant Deutsche Bank used forged and robo-signed mortgage documents counterfeited by known robo-signers and convicted robo-signer Linda Green, DocX and Lorraine Brown who were convicted by Missouri Attorney General Chris Koster. Their counterfeited mortgage documents have been used by Deutsche Bank and the other defendants in court to steal plaintiff's home under color of law.

Wherefore, as a victim of a fraudulent mortgage scheme to steal his home plaintiff requires access to a Grand Jury to seek indictments against the defendants that are being actively protected by Attorney General Martha Coakley's Consumer Fraus Division and US DC Judge Dennis Saylor to protect himself and his property from defendants scheme to steal plaintiff's home under color of law.

I solemnly swear under pains and penalties of perjury that the statements herein are true and accurate to the best of my ability.

Submitted this 26th day of March 2014 by

*Edward S. McLarnon*

Edward S. McLarnon
Pro se litigant
49 Hanover Street
Malden, MA 02148
781 324 1989

Certificate of Service: Plaintiff hereby affirms a copy of the motion above was forwrded by US Mail on March 26, 2014 to the Defendants' attorneys at:

Atty. Edward J. Mulligan 50 Park Row West, suite 111 Providence, RI 02903
Trial Division, Office of the Attorney General One Ashburton Place, Boston 02108
Ablitt Law Group 304 Cambridge Rd. Ste 400, Woburn, MA 01801
Hinshaw & Culbertson 28 state street 24th Floor, Boston, MA 02109